IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JESSICA ZEDLER,[1] | § | |
| | § | No. 479, 2018 |
| Respondent Below– | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| ANDREW E. DOBSON, | § | |
| | § | File No. CN17-01557 |
| Petitioner Below– | § | Petition No. 18-00804 |
| Appellee. | § | |

Submitted: April 8, 2019
Decided: April 15, 2018

## **O R D E R**

It appears to the Court that, on March 12, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant to show cause why her appeal should not be dismissed for her failure to file her opening brief. The appellant failed to accept service of the notice, which was resent to her by first class mail at the address she provided. The appellant has failed to respond to the notice to show cause within the required ten-day period. Thus, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:
*/s/ Gary F. Traynor*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).